JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VISIONARY BUILDERS, INC., a California corporation,<br><br>Defendant. | CASE NO.: 5:19-cv-01779-JFW(KKx)<br><br>JUDGMENT ENTERED ON PLAINTIFF'S AND DEFENDANT'S STIPULATION<br><br>**[Hon. John F. Walter]** |

Plaintiff commenced this action on September 17, 2019, and asserted three claims against Defendant, VISIONARY BUILDERS, INC., a California corporation: (1) contributions owed to the trust funds pursuant to 29 U.S.C. 185, 1145, 1132(g)(2); (2) specific performance of Defendant's obligation to produce records for audit; and (3) injunctive relief compelling submission of fringe benefit contributions to the trust funds [Complaint, Docket No. 1.]

On February 12, 2020 (the date of the last signature), the parties entered into a Stipulated Settlement and for Entry of Judgment ("Stipulation") (Motion, Exh. "1" to the Declaration of Marsha M. Hamasaki.)

After consideration of the Stipulation, Motion by Plaintiff, and good cause having been shown, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered as follows:

1. The Stipulation is **APPROVED**.
2. Judgment is entered in favor of Plaintiff and against Defendant, VISIONARY BUILDERS INC., a California corporation for the principal sum of $40,000.00 covering the period from January 1, 2016 to November 30, 2018.
3. Plaintiff and Defendant are each to bear their own respective costs and attorney's fees.

DATED: March 13, 2020

JOHN F. WALTER
United States District Court Judge

378941.1